THE FOLLOWING ORDER  
IS APPROVED AND ENTERED  
AS THE ORDER OF THIS COURT:



G. Michael Halfenger  
Chief United States Bankruptcy Judge

DATED: February 12, 2020

UNITED STATES BANKRUPTCY COURT  
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

    Michelle Danielle Edwards,        Case No. 20-20901-gmh

              Debtor.                    Chapter 7

**ORDER DISMISSING CASE**

Congress has commanded that "no individual . . . may be a debtor under this title who has been a debtor in a case pending under this title at any time in the preceding 180 days if— . . . the debtor requested and obtained the voluntary dismissal of the case following the filing of a request for relief from the automatic stay provided by section 362 of this title." 11 U.S.C. §109(g)(2). More plainly, the Bankruptcy Code prohibits an individual who voluntarily dismisses a bankruptcy case following a creditor's request for relief from the automatic stay from filing another bankruptcy case for a period of 180 days.

In a previous chapter 13 case filed by Ms. Edwards in March 2019, creditor Wisconsin Housing and Economic Development Authority ("WHEDA") filed a motion for relief from the automatic stay under 11 U.S.C. §362(d), with respect to property located at 1929 S. 56th St., West Allis, Wisconsin 53219. Case No. 19-22465-gmh, ECF No. 48. On December 2, 2019, Ms. Edwards filed a *pro se* motion to voluntarily dismiss that case, which the court granted on December 11, 2019.

Ms. Edwards filed this chapter 7 case on February 5, 2020, 56 days after her previous case in which WHEDA filed a request for relief under 11 U.S.C. §362 was dismissed. The current chapter 7 case falls within the proscribed 180-day period, which does not end until June 8, 2020.

Accordingly, by operation of 11 U.S.C. §109(g)(2), Ms. Edwards was ineligible to be a debtor under the Bankruptcy Code when she filed this case and cannot now remedy that ineligibility.

Therefore, **IT IS ORDERED** that this case is dismissed.

The Clerk of Court is directed to mail a copy of this order directly to Ms. Edwards at the following addresses: 21425A Spring Street, Union Grove, WI 53182, and 1929 South 56th Street, West Allis, WI 53219

#####